## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**JOSHUA LEON BEARD**                                                      **PETITIONER**
Reg. #88034-509

**v.**                                          **CASE NO. 2:26-CV-00060-BSM**

**DOE**
Warden, Forrest City Correction Institution                        **RESPONDENT**

## ORDER

Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 9] is adopted

and Joshua Beard's petition and amended petition for writ of habeas corpus are dismissed

without prejudice.

IT IS SO ORDERED this 2nd day of July, 2026.

_____
UNITED STATES DISTRICT JUDGE