**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**JOSHUA LEON BEARD**                                              **PETITIONER**
Reg. #88034-509

**v.**                              **CASE NO. 2:26-CV-00060-BSM**

**DOE**
Warden, Forrest City Correction Institution                   **RESPONDENT**

**JUDGMENT**

Consistent with order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 2nd day of July, 2026.

_____
UNITED STATES DISTRICT JUDGE